GUARANTEE INSURANCE COMPANY v. ST. PAUL FIRE &
MARINE INSURANCE COMPANY.

November 2, 1987.

Petition for certification denied. (See 219 *N.J.Super.* 1)


LINDA MILLER v. MYRON BERGMAN, D.P.M., AND
ROBERT KAPLAN, D.P.M.

November 2, 1987.

Petition for certification denied.


ELIZABETH CRIPPS v. ALVIN SNYDER.

November 2, 1987.

Petition for certification denied.


STATE OF NEW JERSEY v. DONNY RAE BEST.

November 2, 1987.

Petition for certification denied.